# *United States District Court*

**MIDDLE** DISTRICT OF **ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| TISI NICOLE JACKSON | CASE NUMBER: 1:06mj 17-VPM |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Tisi Nicole Jackson_____
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing with intent to distribute cocaine and cocaine base,
a Schedule II Controlled Substance,

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___

| | |
|---|---|
| VANZETTA PENN MCPHERSON | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Vanzetta Penn McPherson | February 10, 2006   Montgomery, Alabama |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $ _____ by _____
<sub>Name of Judicial Officer</sub>

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest