COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE            DATE: 2/13/06
❏ BOND HEARING
❏ DETENTION HEARING            DIGITAL Recording : 4:01 - 4:20
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

**PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON**     **DEPUTY CLERK: Wanda Robinson**
**CASE NO. 1:06mj17-VPM**        **DEFENDANT NAME: Tisi Nicole Jackson**
**AUSA:** A. Clark Morris         **DEFT. ATTY:** Pate Debardeleben
                                  Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
**PTSO:** Tamara Martin           **USPO:** _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES    Name:

| | |
|---|---|
| √ | Date of Arrest **2/13/06** or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| ❏ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| √ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏ set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $. 25,000 |
| ❏ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of √ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏ Set for |
| ❏ | DISCOVERY DISCLOSURE DATE: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❏ | WAIVER of Speedy Trial. CRIMINAL TERM: |