# UNITED STATES DISTRICT COURT

_Middle_ DISTRICT OF _Alabama_

UNITED STATES OF AMERICA
V.

Tisi Nicole Jackson

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:06mj 17-VPM

I, _Tisi Nicole Jackson_, charged in a ☑ complaint ☐ petition

pending in this District _MIDDLE ALABAMA_

in violation of _21_, U.S.C., _841(a)(1)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_Tisi Jackson_
Defendant

2-13-06
Date

_[signature]_
Counsel for Defendant